IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. WILLIAMS, ) | No. C 09-0133 MMC (PR) |
|          Petitioner, ) | **ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
|   v. ) | |
| BEN CURRY, Warden, ) | **(Docket No. 6)** |
|          Respondent. ) | |
| _____ ) | |

      Good cause appearing, petitioner's request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or before **December 31, 2009**.

      This order terminates Docket No. 6.

      IT IS SO ORDERED.

DATED: November 23, 2009

_____
MAXINE M. CHESNEY
United States District Judge